PDR No: PD-1562-15

Mark Eugene Engle    X    In The Court Of
       V        X    Criminal Appeals
State of Texas      X    Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

## Motion To Suspend

To The Honorable Justices Of Said Court:

Now Comes, Appellant, Mark Eugene Engle, in the above styled and numbered cause, and moves this court to grant suspension of Texas Rules of Appellate Procedure 9.3(b) so that the court can address his issues in his Petition for Discretionary Review pursuant to Rule 66.3(c) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This Court has General/Subject matter jurisdiction of this case.

2. Motion for Rehearing was overruled on Nov. 17th 2015

3. Appellant is currently incarcerated with a sentence of Life.

4. Appellant was indigent at trial and circumstances remain the same.

5. Appellant is acting Pro Se.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

(1)

Wherefore Premises Considered, Appellant prays this court will grant relief from the burden of Rule 9.3(b) and allow him to proceed with his PDR in a timely manner.

Respectfully Submitted

November 23rd, 2015

Mark Eugene Engle  Pro Se

Mark Engle #1958430
Connally Unit
899 FM 632
Kenedy, TX 78119

## Declaration

I hereby certify that I am currently incarcerated at the Connally Unit in Kenedy, Texas and further declare under penalty of perjury that the fore going is true and correct to the best of my Knowledge.

Sincerely,

November 23rd, 2015

Mark Eugene Engle
Pro Se

(2)

## Certificate of Service

This is to certify that on November 23rd of 2015, a true and correct copy of the above and forgoing document was mailed by U.S. Postal Service to Abel Acosta - Clerk Court of Criminal Appeals, P.O. Box 12308, Capital Station, Austin, Texas 78711

*Mark Eugene Engle* prose

11-23-2015

(3)